**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Priscilla Jones, | ) | Case No. **CV 09-8997-JFW (JEMx)** |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Oasis Financial Solutions, | ) | |
| LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |

The Court, having granted Plaintiff's Motion for Entry of Default Judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Priscilla Jones shall have judgment in her favor;

2. Defendant Oasis Financial Solutions, LLC shall recover nothing from Plaintiff; and

    3.   Plaintiff shall recover $4,562.01 from Defendant,

which includes $2,000 in statutory damages; $2,200.40 in

attorneys' fees; and $361.61 in costs.


    The Clerk is ordered to enter this Judgment.



Dated: May 14, 2010                   _____
                                      JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE